UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-01294-CJC(MLGx) | Date | January 14, 2011 |
|---|---|---|---|
| Title | United States of America v. $53,000.00 In U.S. Currency From Safe Deposit Box, et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE

On March 24, 2010, the Court granted the stipulation for an extension of time for the Claimant to file an answer. The answer was due by October 29, 2010. As of today's date no response to the complaint has been filed. In addition, Plaintiff has not taken appropriate action in light Claimant's failure to respond to the complaint. The Court hereby ORDERS Plaintiff to show cause in writing no later than **January 24, 2011** why this action should not be dismissed for failure to prosecute.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | mu | |